IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DAVID LAWRENCE**,                              §
                                                §
                    Plaintiff,                  §
v.                                              §          Civil Action No. **3:06-CV-1149-L**
                                                §
**DALLAS COUNTY SHERIFF, et al.**,              §
                                                §
                    Defendants.                 §

## ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States

Magistrate Judge, filed April 11, 2008.  Plaintiff has not timely filed objections.

The court referred this case to United States Magistrate Judge Paul D. Stickney for pretrial

management.  The magistrate judge now finds that the case should be dismissed pursuant to Rule

41(b) of the Federal Rules of Civil Procedure due to Plaintiff's clear pattern of delay in this case.

The court has reviewed the magistrate judge's report and the record in this action, and **accepts** the

magistrate judge's findings and conclusions.  The court therefore **dismisses without prejudice**

Plaintiff's claims for failure to prosecute pursuant to Rule 41(b).

**It is so ordered** this 28th day of April, 2008.

Sam A. Lindsay
United States District Judge